El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.

---

GONZÁLEZ, DEMANDANTE Y APELADA, v. COMISIÓN DE INDEMNIZACIONES A OBREROS, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en un recurso de *certiorari* (moción para que se desestime la apelación).

No. 3221.—Resuelto en enero 21, 1924.

APELACIÓN—DESESTIMACIÓN DE APELACIÓN—TRANSCRIPCIÓN DEL RÉCORD—MOCIÓN PREMATURA.—Cuando se pide la desestimación de una apelación bajo la teoría de que la transcripción notificada al apelado y no radicada aún en el Tribunal Supremo, no está autorizada por la ley, es preciso someter al Tribunal Supremo una copia auténtica de la transcripción; y si esto no se hace, y aparece que no ha expirado el tiempo que tiene el apelante para radicar el récord, la moción para desestimar es prematura.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Hon. Attorney General*, y *Sres. J. A. López Acosta y R. H. Todd, Jr.*

Abogados de la apelada: *Sres. C. Iriarte, Jr., y R. Castro Fernández.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Benita González, por medio de su abogado, solicita la desestimación de la apelación interpuesta porque la transcripción no ha sido radicada dentro del término de treinta días fijado por la ley.

Para ello se basa en que tratándose de un *caso de certiorari* en el que no se practicó prueba, los autos debieron elevarse a esta corte dentro del plazo de treinta días o dentro de la prórroga que se hubiere concedido por este tribunal; en que los treinta días habían transcurrido y no se había solicitado ni concedido prórroga alguna, y en que si bien existía pendiente de aprobación en la corte inferior cierta transcripción del récord preparada por el taquígrafo

por orden de la corte dictada a petición de la apelante, dicha transcripción era nula por no estar autorizada por la ley.

La parte apelante se opuso a la desestimación del recurso. Es digna de estudio la cuestión suscitada, pero la parte que la promueve no ha colocado a este tribunal en condiciones de resolverla. Los hechos en que se basa sólo constan de una certificación del Secretario contentiva de conclusiones y especialmente de una copia de la "transcripción del récord" preparada por el taquígrafo y notificada a dicha parte. La promovente debe archivar las copias de acuerdo con la ley, o esperar, si carece de recursos para ello como expresó en el acto de la vista, que la apelante radique la transcripción. No tardará mucho. Según sostuvo la apelante, la transcripción o exposición fué aprobada por la corte sentenciadora el 14 de enero actual.

Existiendo, pues, una transcripción o exposición en la corte de distrito aprobada el 14 de enero, cuya naturaleza no estamos en condiciones aún de calificar, y no habiendo transcurrido treinta días contados a partir de la aprobación, no procede la desestimación del recurso.

*Sin lugar.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.